## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:    PROCEEDINGS UNDER CHAPTER 13
CASE NO. 15-25737-LMI

**Mario Saavedra**

_____Debtor (s)._____/

## NOTICE OF ATTORNEY'S CHANGE OF ADDRESS
### EFFECTIVE DATE APRIL 11, 2016

**Patrick L. Cordero, P.A**, Counsel for the above-captioned case hereby files this Notice of Change of Address and hereby advises this Court and all parties that effective April 11, 2016, our new address will be as follows:

**7333 CORAL WAY**
**Miami, FL 33155**

## CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Attorney's Change of Address, and a true copy of the motion or other paper that is the subject of the notice of hearing (if not previously served) were served to Nancy K. Neidich, Trustee via CM/ECF, and by US Mail to all interested parties on June 7, 2016.

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

By: ___/s/ (FILED ECF)_____
Patrick L. Cordero, Esq.
FBN 801992